UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

OWEN HARTY, Individually,

      Plaintiff,                    Case No.: 6:11-cv-00500-GAP-DAB

v.

VISTA RETAIL INVESTORS, LTD,

      Defendant.
_____/

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that Plaintiff OWEN HARTY ("Harty") and Defendant VISTA RETAIL INVESTORS, LTD. ("Defendants") have resolved the above-referenced matter. Once the final papers have been prepared and executed, a Stipulation and Order Regarding Dismissal of the Entire Action with Prejudice will be filed.

Respectfully submitted,           **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

/s/ *Monica J. Williams*
Monica J. Williams, Esquire
Florida Bar No. 0566780
Email: monica.williams@ogletreedeakins.com
Grant D. Petersen, Esquire
Florida Bar No.: 378682
Email: grant.petersen@ogletreedeakins.com
Ogletree Deakins Law Firm
100 North Tampa Street, Suite 3600
Tampa, FL 33602
(813) 289-1247    Telephone
(813) 289-6530    Fax
*Attorneys for Defendant Vista Retail Investors, Ltd.*

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 21, 2012, I electronically filed the foregoing with the clerk of court using the CM/ECF system which will send notice of electronic filing to attorneys for Plaintiff, Phillip M. Cullen, III, Esq.

*/s/ Monica J. Williams*
Monica J. Williams